# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

CARLOS S. LOPEZ,
Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11-at-00095

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   22nd   day of   February  ,   2011  .

/s/ Sheila K. Oberto
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer