# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS S. LOPEZ, ) | 1:11-cv-00310 GSA |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF |
| MICHAEL ASTRUE, Commissioner of Social Security, ) | |
| Defendant. ) | |

   Based upon the stipulation of the parties filed on September 23, 2011, Plaintiff shall file his opening brief no later than October 24, 2011. All other deadlines set forth in the February 23, 2011 scheduling order (Doc. 8) shall be extended accordingly.

   IT IS SO ORDERED.

**Dated:   September 27, 2011**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

1