1   Denise Bourgeois Haley

2   Attorney at Law: 143709
    Law Offices of Lawrence D. Rohlfing
3   12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
4   Tel.: (562)868-5886
    Fax: (562)868-5491
5   E-mail rohlfing.office@rohlfinglaw.com

6   Attorneys for Plaintiff
    Carlos S. Lopez
7

8
                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
                           **FRESNO DIVISION**
10

11

12   CARLOS S. LOPEZ,                   ) Case No.: 1:11 CV 00310 GSA
                                        )
13           Plaintiff,                 ) ORDER ON  APPLICATION TO FILE
                                        ) A LATE BRIEF
14       vs.                            )
                                        )
15   MICHAEL J. ASTRUE,                 )
     Commissioner of Social Security,   )
16                                      )
             Defendant.                 )
17                                      )
     _____)
18   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19          The Clerk is directed to file Plaintiff Carlos S. Lopez's late brief.  The

20   Commissioner shall have thirty (30) days from the date of this order within which

21   to file an opposition brief.

22

23

24   IT IS SO ORDERED.

25      Dated:   **October 28, 2011**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
26

                                      -1-

-2-