1  Denise Bourgeois Haley

2  Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
3  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
4  Tel.: (562)868-5886
   Fax: (562)868-5491
5  E-mail rohlfing.office@rohlfinglaw.com

6  Attorneys for Plaintiff
   Carlos S. Lopez
7

8
                  **UNITED STATES DISTRICT COURT**
9                 **EASTERN DISTRICT OF CALIFORNIA**
                         **FRESNO DIVISION**
10

11

12 | CARLOS S. LOPEZ,                  ) Case No.: 1:11 CV 00310 GSA
                                       )
13 |         Plaintiff,                ) ORDER ON APPLICATION TO FILE
                                       ) A LATE BRIEF
14 |    vs.                            )
                                       )
15 | MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
16 |                                   )
             Defendant.                )
17 |                                   )
   |_____    )
18  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19       The Clerk is directed to file Plaintiff Carlos S. Lopez's late brief.  The

20  Commissioner shall have thirty (30) days from the date of this order within which

21  to file an opposition brief.

22

23

24  IT IS SO ORDERED.

25      Dated:  **October 28, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
26

-1-