| | |
|---|---|
| 1 | BENJAMIN WAGNER CSBN 163581 |
|   | United States Attorney |
| 2 | DONNA L. CALVERT SBN IL 619786 |
|   | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
|   | ELIZABETH BARRY CSBN 203314 |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CARLOS S. LOPEZ, | Case No. CIV-1:11-cv-00310 GSA |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 28, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

                              Respectfully submitted,

Dated: November 28, 2011        */s/ Denise Bourgeois Haley*
                                          (as authorized via e-mail)
                                          DENISE BOURGEOIS HALEY
                                          Attorney for Plaintiff

BENJAMIN WAGNER<br>
United States Attorney

Dated: November 28, 2011    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Upon a review of the parties' stipulation, the request for extension is granted. Defendant shall file its opposition brief no later than December 28, 2011. Any reply shall be filed fifteen days after the opposition is filed.

IT IS SO ORDERED.

**Dated:   November 29, 2011**        */s/ Gary S. Austin*
UNITED STATES MAGISTRATE JUDGE