1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    **UNITED STATES DISTRICT COURT**
10                  **EASTERN DISTRICT OF CALIFORNIA**

11                          **FRESNO DIVISION**

12 CARLOS S. LOPEZ,                    )
                                       )  Case No. CIV-1:11-cv-00310 GSA
13           Plaintiff,                )
                                       )  STIPULATION AND PROPOSED ORDER
14      v.                             )  FOR A FIRST EXTENSION FOR
                                       )  DEFENDANT TO FILE NOTICE, MOTION,
15 COMMISSIONER OF                     )  AND MEMORANDUM IN SUPPORT OF
   SOCIAL SECURITY,                    )  CROSS-MOTION FOR SUMMARY
16                                     )  JUDGMENT AND IN OPPOSITION TO
             Defendant.                )  PLAINTIFF'S MOTION FOR SUMMARY
17                                     )  JUDGMENT
   _____ )
18

19
        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
20
   of the Court, that Defendant shall have a 30-day extension, or until December 28, 2011, in which to file
21
   his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
22
   Opposition to Plaintiff's Motion for Summary Judgment.
23
        This is Defendant's first request for an extension of time in this matter.
24
                                       Respectfully submitted,
25
   Dated: November 28, 2011            */s/ Denise Bourgeois Haley*
26                                     (as authorized via e-mail)
                                       DENISE BOURGEOIS HALEY
27                                     Attorney for Plaintiff

28

|   |   |
|---|---|
| | BENJAMIN WAGNER |
| | United States Attorney |
| Dated: November 28, 2011 | By */s/ Elizabeth Barry* |
| | ELIZABETH BARRY |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

Upon a review of the parties' stipulation, the request for extension is granted. Defendant shall file its opposition brief no later than December 28, 2011. Any reply shall be filed fifteen days after the opposition is filed.

IT IS SO ORDERED.

**Dated:   November 29, 2011**              */s/ Gary S. Austin*
                                             UNITED STATES MAGISTRATE JUDGE

2