```
BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CARLOS S. LOPEZ, )<br>  )<br>       Plaintiff, )<br>  )<br>    v. )<br>  )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>  )<br>       Defendant. )<br>_____ ) | Case No. CIV-1:11-cv-00310 GSA<br><br>STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 27, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's second request for an extension of time in this matter.

                            Respectfully submitted,

Dated: December 22, 2011       */s/ Denise Bourgeois Haley*
                               (as authorized via e-mail)
                               DENISE BOURGEOIS HALEY
                               Attorney for Plaintiff


                               BENJAMIN WAGNER

| | |
|---|---|
| | United States Attorney |
| Dated: December 22, 2011 | By */s/ Elizabeth Barry* <br> ELIZABETH BARRY <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

**ORDER**

The Court ADOPTS the parties' stipulation, permitting the Commissioner a second extension of time to and including January 27, 2012, within which to file its opposition. ***No further extensions of time will be entertained***. Plaintiff shall file any reply fifteen days thereafter.

IT IS SO ORDERED.

Dated:   **December 22, 2011**                              **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE