1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    **UNITED STATES DISTRICT COURT**
10                  **EASTERN DISTRICT OF CALIFORNIA**
                           **FRESNO DIVISION**
11

12  CARLOS S. LOPEZ,                    )
                                        )   Case No.  CIV-1:11-cv-00310 GSA
13          Plaintiff,                  )
                                        )   STIPULATION AND PROPOSED ORDER
14      v.                              )   FOR A SECOND EXTENSION FOR
                                        )   DEFENDANT TO FILE NOTICE, MOTION,
15  COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
    SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
16                                      )   JUDGMENT AND IN OPPOSITION TO
            Defendant.                  )   PLAINTIFF'S MOTION FOR SUMMARY
17  _____  )   JUDGMENT

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until January 27, 2012, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's second request for an extension of time in this matter.

24                                      Respectfully submitted,

25  Dated: December 22, 2011            */s/ Denise Bourgeois Haley*
                                        (as authorized via e-mail)
26                                      DENISE BOURGEOIS HALEY
                                        Attorney for Plaintiff
27

28

                                        BENJAMIN WAGNER

                                                United States Attorney

Dated: December 22, 2011         By */s/ Elizabeth Barry*
                                                ELIZABETH BARRY
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

**ORDER**

The Court ADOPTS the parties' stipulation, permitting the Commissioner a second extension of time to and including January 27, 2012, within which to file its opposition. ***No further extensions of time will be entertained***. Plaintiff shall file any reply fifteen days thereafter.

IT IS SO ORDERED.

**Dated:**   **December 22, 2011**                      **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE